UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:16-cv-01356-HES-PDB

MICHELE LANDAU,

    Plaintiff,

v.

NORTHLAND GROUP, INC., and
CAPITAL ONE BANK (USA), N.A.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: March 8, 2017.

    Respectfully submitted,

    /s/ Alex D. Weisberg
    Alex D. Weisberg
    FBN: 0566551
    Weisberg Consumer Law Group, PA
    Attorneys for Plaintiff
    5846 S. Flamingo Rd, Ste. 290
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@afclaw.com

    Correspondence address:
    Thompson Consumer Law Group, PLLC
    5235 E. Southern Ave. D106-618
    Mesa, AZ 85206

## **CERTIFICATE OF SERVICE**

      I certify that on March 8, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

                                            /s/ Alex D. Weisberg
                                            Alex D. Weisberg