UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:16-cv-01356-HES-PDB

MICHELE LANDAU,

    Plaintiff,

v.

NORTHLAND GROUP, INC., and
CAPITAL ONE BANK (USA), N.A.

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 3, 2017.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Michael P. Schuette |
| Alex D. Weisberg | Michael P. Schuette |
| FBN: 0566551 | FBN: 0106181 |
| Weisberg Consumer Law Group, PA | Sessions, Fishman, Nathan & Israel, LLC |
| 5846 S. Flamingo Road, Suite 290 | 3350 Buschwood Park Drive, Suite 195 |
| Cooper City, FL 33330 | Tampa, FL 33618 |
| Telephone: (954) 212-2184 | Telephone: (813) 890-2472 |
| Facsimile: (866) 577-0963 | Facsimile: (866) 466-3140 |
| aweisberg@afclaw.com | mschuette@sessions-law.biz |
| Attorney for Plaintiff | Attorney for Northland Group, Inc. |
| | |
| | /s/ Megan P. Stephens |
| | Megan P. Stephens (0092557) |
| | Joshua H. Threadcraft (96153) |
| | Joshua.Threadcraft@burr.com |
| | Megan.Stephens@burr.com |
| | BURR & FORMAN, LLP |
| | 420 North 20th Street, Suite 3400 |

1

Birmingham, Alabama 35203
Telephone:	205-251-3000
Facsimile:	205-413-8701

Attorneys for Capital One Bank (USA), N.A.

## CERTIFICATE OF SERVICE

I certify that on May 3, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Alex D. Weisberg
Alex D. Weisberg