UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELLE LANDAU,

    Plaintiff,

v.                                                          Case No. 3:16-cv-1356-J-20PDB

NORTHLAND GROUP, INC., and
CAPITAL ONE BANK (USA), N.A.,

    Defendants.
_____/

## ORDER

Before the Court is the parties' "Joint Stipulation for Voluntary Dismissal With Prejudice" (Dkt. 21). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate to the voluntary dismissal of the above-captioned case, with prejudice, and with each party to bear its own attorney's fees and costs.

Accordingly, it is **ORDERED**:

1. The above case is hereby **DISMISSED WITH PREJDUCE**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 17 day of May, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alex D. Weisberg, Esq.
Amorette Rinkleib, Esq.
Dayla Marie Van Hoose, Esq.
Michelle Schuette, Esq.
Joshua H. Treadcraft, Esq.
Megan Perkins Stephens, Esq.